UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GHOLAM ROBBANI.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY

    Defendant.
_____/

Case No. 22-10394

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

U.S. MAGISTRATE JUDGE CURTIS IVY JR.

## ORDER ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION [9] AND DISMISSING CASE FOR FAILURE TO PROSECUTE

Plaintiff Gholam Robbani filed this social security disability benefits appeal on February 23, 2022.

On July 11, 2022, Magistrate Judge Ivy entered a scheduling order. Pursuant to that Order, Plaintiff's motion for summary judgment was due August 11, 2022. (ECF No. 7). Plaintiff did not file a motion for summary judgment. For this reason, the Court ordered Plaintiff to show cause in writing on or before September 29, 2022, why the case should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).

Plaintiff did not respond to the show cause order. For this reason, the case is **DISMISSED** for failure to prosecute.

1

**IT IS ORDERED**.

Dated: November 30, 2022  /s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 30, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager